IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PRINCIPAL LIGHTING GROUP, LLC,<br>    Plaintiff,<br><br>v.<br><br>GRIMCO, INC.,<br>    Defendant. | § § § § § § § § § | 6:20-CV-00998-ADA |

## CLAIM CONSTRUCTION ORDER

The Court provided its preliminary constructions of disputed term on September 21, 2021.

The Court then held a *Markman* hearing on September 22, 2021. *See* ECF No. 32.

After careful consideration of the Parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

SIGNED this 27th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "are releasably supportable by and between two and only two of the mounts when the two mounts are aligned directly opposite one another and supported in spaced arrangement on respective frame portions of the sign" | No construction necessary; plain and ordinary meaning | This claim term is indefinite as it adds a method of use limitation to an apparatus claim. | Plain and ordinary meaning |
| "frictionally engage[-ing]" | No construction necessary; plain and ordinary meaning | The claim phrase "frictionally engage" (e.g., element A "frictionally engage[s]" element B) should be construed to mean that element A contacts element B such that it is a frictional force between elements A and B that retains the positions of elements A and B relative to each other. | Plain and ordinary meaning |
| "end cap[s]" | No construction necessary; plain and ordinary meaning | A fitting at an end of the elongate support member. | Plain and ordinary meaning |
| "engaging … in a non-conductive manner" / "nonelectrically engage" | No construction necessary; plain and ordinary meaning | Engaging without forming an electrically conductive path therebetween. | Plain and ordinary meaning |
| "electrically insulative material" | No construction necessary; plain and ordinary meaning | Any material having an electrical resistivity of $1.00 \times 10^9$ Ω·m or more. | Plain and ordinary meaning |

| "gas-discharge [lamp] couplings" | No construction necessary; plain and ordinary meaning | Supports for a gas-discharge lamp having electrical conductors for supplying electricity to the gas-discharge lamp. | Plain and ordinary meaning |
|---|---|---|---|
| "replacement couplings" | No construction necessary; plain and ordinary meaning | Supports for a gas-discharge lamp or gas-discharge lamp lacking electrical conductors for supplying electricity to a gas-discharge. | Plain and ordinary meaning |

       On September 21, 2021, the Court also supplied the parties a preliminary construction for the phrase "the electrical lamp units" as plain and ordinary meaning. That same day, the parties stipulated that the phrase, as recited in dependent claims 9 and 10, refer to "the electrical lamp units of claim 1." The Court, therefore, does not provide a final construction of this term.