## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **PRINCIPAL LIGHTING GROUP, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | Civil Case No.: 6:20-cv-00998-ADA |
| **GRIMCO, INC.,** | § § § | |
| *Defendant.* | § § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Principal Lighting Group, LLC and Defendant Grimco, Inc., per the undersigned below, hereby stipulate to dismiss with prejudice the claims and counterclaims between them, with each party to bear its own attorneys' fees and costs.

**AGREED:**

January 30, 2023

<table>
<tr><td>

**JACKSON WALKER LLP**

By: */s/ Wasif H. Qureshi*
Wasif H. Qureshi
State Bar No. 24048155
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4521
Email: wqureshi@jw.com

Blake T. Dietrich
State Bar No. 24087420
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Email: bdietrich@jw.com

*Attorneys for Plaintiff Principal Lighting Group, LLC*

</td><td>

**STINSON LLP**

By: */s/ B. Kevin P. Robinowitz*
Kevin P. Robinowitz
State Bar No. 24000917
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Email: kevin.robinowitz@stinson.com

B. Scott Eidson, *Pro Hac Vice*
David S. Kim, *Pro Hac Vice*
John R. Schroeder, *Pro Hac Vice*
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
Email: scott.eidson@stinson.com
Email: david.kim@stinson.com
Email: john.schroeder@stinson.com

*Attorneys for Defendant Grimco, Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed this document with the clerk of the court for the U.S. District Court, Western District of Texas, using the Court's electronic case filing system, and thus this document has been electronically served on counsel of record.

*/s/ Wasif H. Qureshi*
Wasif H. Qureshi